UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 13 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HERBERT BURKART, individually and TANJA M BURKART, individually and the marital community thereof,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>GLOBAL ADVISORY GROUP, INC., a Washington corporation,<br><br>        Defendant,<br><br> and<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; et al.,<br><br>        Defendants - Appellees. | No. 12-35886<br><br>D.C. No. 2:11-cv-01921-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

      The judgment of this Court, entered February 18, 2014, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk

Case: 12-35886    03/13/2014    ID: 9014919    DktEntry: 34    Page: 2 of 2