# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 21, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Herbert Burkart, et ux.
            v. Mortgage Electronic Registration Systems, Inc., et al.
           No. 13-1389
           (Your No. 12-35886)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 19, 2014 and placed on the docket May 21, 2014 as No. 13-1389.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst